IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRANK CLIFF, Deceased, by his widow, BARBARA CLIFF,** | 05-CV-3055-HU |
| Plaintiff, | **ORDER** |
| v. | |
| **JO ANNE B. BARNHART, Commissioner, Social Security Administration,** | |
| Defendant. | |

**JAMES CHRISTIAN SIMS**
Center for Non-Profit Legal Services, Inc.
P.O. Box 1586
225 W. Main Street
Medford, OR  97501
(541) 779-7292

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1053

1 - ORDER

**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**THOMAS M. ELSBERRY**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075(206) 615-2112

    Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#42) on November 15, 2006, in which he recommended this Court award Plaintiff compensation for 82.25 hours at an hourly rate of $153.00 for a total attorneys' fee award of $12,584.25. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#42). Accordingly, the Court awards Plaintiff

**$12,584.25** in attorneys' fees.

    IT IS SO ORDERED.

    DATED this 5th day of February, 2007.


                                                        /s/ Anna J. Brown

                                          _____
                                          ANNA J. BROWN
                                          United States District Judge

3 - ORDER